

**Seyfarth Shaw LLP**

620 Eighth Avenue

New York, New York  10018

T (212) 218-5500

F (212) 218-5526

lcannon@seyfarth.com

T (212) 218-5618

www.seyfarth.com

**Request GRANTED.** The deadline for the parties to file the joint letter requested at ECF No. 5 is hereby extended to **May 1, 2023**.

Dated:  March 22, 2023
        New York, New York

SO ORDERED.

*Jennifer Rochon*

**JENNIFER L. ROCHON**
**United States District Judge**

March 21, 2023

<u>VIA ECF</u>

Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re:    <u>Toro v Whirlpool Corporation, Case No. 1:23-cv-00848-JLR</u>

Dear Judge Rochon:

    This firm represents Defendant Whirlpool Corporation ("Defendant") in the above-referenced matter.  We have conferred with Plaintiff's counsel and write, with Plaintiff's concurrence, to request a first extension of the deadline for the parties to submit a joint letter addressing settlement, ADR referral or, in the alternative, the scheduling of an initial status conference up to and including May 1, 2023.

    By way of background, Defendant executed and filed a waiver of service on February 13, 2023 (ECF No. 6).  As a result, Defendant's current deadline to respond to the Complaint is April 14, 2023.  The Court issued an Order dated February 3, 2023 directing the parties to (1) meet and confer within thirty (30) days of service of the summons and complaint in a good-faith attempt to settle this action and, (2) within forty-five (45) days of service of the summons and complaint, submit a joint letter advising the Court of the status of settlement discussions, including whether they request a mediation referral or magistrate's settlement conference or, in the alternative, seek to proceed with an initial status conference (ECF No. 5).  Based on the filing date of the waiver, the deadline for this submission is March 30, 2023.

    The Parties seek to avoid any unnecessary expenditure of resources so that they may instead focus on exploring a potential non-litigated resolution of this matter.  Accordingly, Defendant respectfully requests, with Plaintiff's consent, an extension of the deadline to submit the joint letter up to and including May 1, 2023 so as to allow Defendant time to investigate Plaintiff's claims and the Parties an opportunity to fully explore and exhaust direct settlement discussions before providing their report on the outcome to the Court.

    This application is being made in good faith and not to cause undue delay.  We thank the Court for its time and attention to this matter, and for its consideration of this application.



Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ Lotus Cannon*

Lotus Cannon

cc:     All counsel of record (via ECF)